IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY D. HEVEL                                                            PLAINTIFF

      v.                                    CIVIL NO. 12-2011

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

**O R D E R**

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

Plaintiff's IFP application indicates that he has a spouse who is not dependent on him for support.  ECF No. 2, at 2.  However, Plaintiff does not state if his spouse is employed, and, if so, the nature of her employment and income.  The court finds this information relevant under Section 3(f) of Plaintiff's IFP application.  As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding his spouse's employment and financial contribution.  Plaintiff is directed to file his amended IFP application on or before January 25, 2012.  Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order

IT IS SO ORDERED this 11th day of January 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE